HOWARD L. MEYER, Appellant, *v.* L. N. WHISSEL LUMBER Co., INC., Respondent.

(Argued March 6, 1935; decided April 16, 1935.)

*Wortley B. Paul* and *George R. Rothfus* for appellant.
*James O. Moore, Elmer C. Pagel* and *Charles C. Page*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, CROUCH, LOUGHRAN and
FINCH, JJ. Dissenting: CRANE, Ch. J., and LEHMAN, J.